**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 11-cr-00438-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERRY LEE BLANK,  a/k/a Jerry Lee Green,

    Defendant.

---

**ORDER EXONERATING BOND**

---

    This criminal action has proceeded to sentencing and a final judgment and conviction, and Defendant Jerry Lee Blank was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

    ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

    ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

    DATED at Denver, Colorado, this   5th   day of September, 2012.

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge